# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 4, 2020

Bridget M. McCormack,
Chief Justice

158847

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

STEPHEN MARSCHKE,
    Appellant,

v

         SC: 158847
         COA: 342969
CIVIL SERVICE COMMISSION,   Ingham CC: 14-000428-AA
    Appellee.

_____/

   On order of the Court, the application for leave to appeal the November 5, 2018 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

   CLEMENT, J., not participating due to her prior involvement as chief legal counsel for the Governor.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 4, 2020
             

p0127
                Clerk